```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 02801
   THOMAS A STAFFORD
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5868

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/26/2004 and was confirmed 03/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.82%.

     The case was paid in full 07/29/2008.
------------------------------------------------------------------------
                                                  INTEREST      PRINCIPAL
CREDITOR NAME               CLASS     CLAIM AMOUNT   PAID          PAID
------------------------------------------------------------------------
BANK ONE                  SECURED        9293.13    5103.00      9293.13
CITY OF CHICAGO PARKING   UNSECURED       750.00        .00       163.66
CITY OF CHGO DEPT OF REV  NOTICE ONLY  NOT FILED        .00          .00
COMCAST                   UNSECURED    NOT FILED        .00          .00
CBA COLLECTION BUREAU     NOTICE ONLY  NOT FILED        .00          .00
FORD MOTOR CREDIT         UNSECURED       8031.12       .00      1752.47
FORD MOTOR CREDIT         NOTICE ONLY  NOT FILED        .00          .00
FORD MOTOR CREDIT         NOTICE ONLY  NOT FILED        .00          .00
HAMMOND CLINIC LLC        UNSECURED       537.50        .00       117.29
LOYOLA MEDICAL CENTER     UNSECURED    NOT FILED        .00          .00
MCI RESIDENTIAL SERVICES  UNSECURED    NOT FILED        .00          .00
AT & T BANKRUPCTY         UNSECURED    NOT FILED        .00          .00
SHORT TERM LOAN           UNSECURED    NOT FILED        .00          .00
T-MOBILE BANKRUPTCY       UNSECURED       188.16        .00        41.06
AMSHER COLLECTION SERVIC  NOTICE ONLY  NOT FILED        .00          .00
BAY AREA CREDIT SERVICE   NOTICE ONLY  NOT FILED        .00          .00
TIMOTHY K LIOU            DEBTOR ATTY   2,419.40                  2,419.40
TOM VAUGHN                TRUSTEE                                 1,143.99
DEBTOR REFUND             REFUND                                    203.36

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 20,237.36

PRIORITY                                           .00
SECURED                                       9,293.13
   INTEREST                                   5,103.00
UNSECURED                                     2,074.48
ADMINISTRATIVE                                2,419.40
TRUSTEE COMPENSATION                          1,143.99

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 02801 THOMAS A STAFFORD
```

```
DEBTOR REFUND                                                   203.36
                                    ---------------      ---------------
TOTALS                                    20,237.36            20,237.36
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 11/20/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE